**Todd E. MARBLES, Movant/Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 101014**

Missouri Court of Appeals,
Eastern District,
*Division One.*

Filed: January 20, 2015

Maleaner Harvey, St. Louis, for Appellant.

Dora Fichter, Jefferson City, for Respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg, J.

### ORDER

PER CURIAM

Todd E. Marbles appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm the motion court's judgment.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).